**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-00180-CMA-MEH

CELLPORT SYSTEMS, INC.,

 Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC., and
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,

 Defendants.

---

**ORDER GRANTING STIPULATION OF DISMISSAL OF DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC. AND ORDER TO AMEND CAPTION**

---

This matter is before the Court on the parties' Stipulation to Dismiss Without Prejudice Samsung Electronics America, Inc. (Doc. # 26).  The Court has reviewed the Stipulation and ORDERS as follows:

Defendant Samsung Electronics America, Inc. is hereby DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Samsung Electronics America, Inc. as a Defendant in this case.

DATED:  April __09__, 2013

            BY THE COURT:

            *Christine M. Arguello*
            _____
            CHRISTINE M. ARGUELLO
            United States District Judge